IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **VERONICA LYON,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**CAPITAL ONE BANK,**<br><br>　　　　**Defendant.** | CIVIL ACTION NO. _____<br><br><br><br>LOCAL RULE 81.1 LIST ON REMOVAL |

　　　　Pursuant to Local Civil Rule 81.1, Defendant Capital One Bank files the following list on removal of the above-captioned action:

　　　　a.　　Copies of all process, pleadings, orders, and other papers filed in the state case: Small Claims Original Notice (Action for Money Judgment); Return of Original Notice (from Secretary of State); Notice of Filing; Certified Mail Receipt; Return of Original Notice (signed by Jeff Bridgewater 6-11-08).

　　　　b.　　All matters pending in the state court which will require resolution by this Court: NONE.

　　　　c.　　Counsel who have appeared in the state court, their address, and phone number and the party they represent:

　　　　Plaintiff:　　Jonathan A. Coy
　　　　　　　　　　Thornton & Coy Law Office, PLC
　　　　　　　　　　218 SE 16th Street, Suite 102
　　　　　　　　　　Ames, Iowa 50010
　　　　　　　　　　Tel: (515) 233-2052
　　　　　　　　　　Fax: (515) 276-6280
　　　　　　　　　　**Attorney for Plaintiff**

Respectfully submitted,

/s/ James R. Wainwright
James R. Wainwright (AT 0008236)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: jwainwright@ahlerslaw.com

and

Miles B. Haberer
Texas Bar No. 00793872
Jarrett L. Hale
Texas Bar No. 24046005...
Hunton & Williams LLP
Fountain Place
1445 Ross Avenue
Suite 3700
Dallas, Texas 75202
(214) 979-3000
(214) 880-0011 Fax

**ATTORNEYS FOR DEFENDANT CAPITAL ONE BANK**

Original electronically filed.
Copy to:

Jonathan A. Coy
Thornton & Coy Law Office, PLC
218 SE 16th Street, Suite 102
Ames, Iowa 50010

| CERTIFICATE OF SERVICE |
| --- |
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on July 3, 2008. |
| By    ☐ U.S. Mail      ☐ Fax |
|        ☐ Hand Delivery    ☐ Private Carrier |
|        X Electronically through CM-ECF |
| Signature   /s/ Anne Stokely |

ASTOKELY/ 585042.1 /MSWord22286007

IN THE DISTRICT COURT OF IOWA, STORY COUNTY
SMALL CLAIMS DIVISION

| | |
|---|---|
| VERONICA LYON<br>2920 Wessex Drive<br>Ames, Iowa 50010<br>    Plaintiff<br><br>v.<br><br>Capital One<br>c/o Iowa Secretary of State<br>321 E. 12th Street<br>Des Moines, Iowa 50319<br>    Defendant | Case No: SCSC 045149<br><br><br>Small Claims Original Notice<br>(Action for Money Judgment) |

TO THE ABOVE NAMED DEFENDANT, Capital One

YOU ARE HEREBY NOTIFIED that the Plaintiff demands from you the following amounts:

$5,000.00 for actual and statutory damages pursuant to Iowa Code § 537.5201(1)(y) for violation of the Iowa Debt Collection Practices Act. In addition to the statutory and actual damages, the Plaintiff respectfully requests that the Court order the Defendant to pay the costs of this action and Plaintiff's reasonable attorney fees pursuant to Iowa Code § 537.5201(8) and any other relief deemed equitable in the premise. A document in support of this claim has been attached to this Petition and is incorporated by reference.

UNLESS YOU APPEAR by competing and filing the attached APPEARANCE AND ANSWER FORM with the Clerk of the District Court of Story County, Small Claims Division, 515 Clark, Ames, Iowa 50010 within 20 days after service of this Original Notice upon you, judgment shall be rendered against you upon Plaintiff's claim together with interest and costs.

IF YOU DENY THE CLAIM AND APPEAR by filing the attached APPEARANCE AND ANSWER FORM within 20 days after service of this Original Notice upon you, you will then receive notification from the Clerk of the District Court's office of the place and time for hearing

Respectfully submitted,

Thornton & Coy Law Office, PLC

By: _____
Jonathan A. Coy   AT 0001720
218 SE 16th Street, Suite 102
Ames, Iowa 50010
(515) 233.2052 / (f) (515) 233.2095
coy@thorntonlawoffice.net
ATTORNEY FOR PLAINTIFF

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. (If you are hearing impaired, call Relay Iowa TTY at this number 1-800-735-2942).

1. The Plaintiff, Veronica Lyon, filed for bankruptcy on April 12, 2007 in the Southern District of Iowa, Case Number 07-01173-lmj7. All debts owed by the Plaintiff, including one owed to the Defendant, were listed in the Plaintiff's Bankruptcy Petition. Notices to the Creditors that the Plaintiff had filed for bankruptcy were mailed on or about April 15, 2007. The Bankruptcy Court's Certificate of Mailing indicates that the Defendant was mailed a copy of the Bankruptcy Notice.

2. The Plaintiff's debt owed to the Defendant was discharged by the United States Bankruptcy Court on August 28, 2007. The Defendant has continued its collection attempts after the discharge date by continually and falsely reporting the debt on the Plaintiff's credit report.

3. The Defendant violated Iowa Code §537.7103(1)(f) when the Defendant knowingly furnished inaccurate information to a Credit Reporting Agency after the Bankruptcy Court discharged the Plaintiff's debt to the Defendant.

4. The Defendant violated Iowa Code §537.7103(4)(e) when it reported the Plaintiff's account with the Defendant as past due after the entry of a Discharge by the U.S. Bankruptcy Court.

5. The Plaintiff is entitled to recover actual damages when the Plaintiff establishes that the Defendant failed to comply with any provision of the Iowa Consumer Protection Act. *See* Iowa Code § 537.5201(1)(y).

6. The Plaintiff is entitled to recover statutory damages of $1000.00 when the Plaintiff establishes that the Defendant failed to comply with any provision of the Iowa Consumer Protection Act. *See* Iowa Code § 537.5201(1)(y).

7. The Plaintiff is entitled to an award of the costs of this action and reasonable attorney fees when the Plaintiff establishes that the Defendant violated the Iowa Consumer Protection Act. *See* Iowa Code § 537.5201(8).



Please complete and return with the Appearance & Answer form

## IN THE IOWA DISTRICT COURT FOR STORY COUNTY

|  |  |
|---|---|
| _____, ) | |
| _____, ) | |
| Plaintiff(s) / Petitioner(s), ) | |
| vs. ) | Case No. _____ |
| ) | |
| _____, ) | **CONFIDENTIAL SOCIAL** |
| Defendant(s) / Respondent(s), ) | **SECURITY NUMBER FORM** |
| ) | |

Please note: This form is for the submission of social security numbers ONLY. Dates of birth and employer identification numbers are not confidential and should appear on the heading or face of the petition, answer, etc. Please print or type all information.

**Name**          **Social Security Number**

Plaintiff(s) /   1. _____   _____
Petitioner(s)

           2. _____   _____

           3. _____   _____

           4. _____   _____

           5. _____   _____

Defendant(s) /   1. _____   _____
Respondent(s)

           2. _____   _____

           3. _____   _____

           4. _____   _____

           5. _____   _____

Other Parties   1. _____   _____

           2. _____   _____

           3. _____   _____

Information supplied by _____

Signature: _____   Date: _____

SC-3

# IN THE IOWA DISTRICT COURT FOR _____ COUNTY
(Small Claims Division)

Plaintiff(s)

_____ PIN _____
(Name)

_____
(Address)

_____
(Name)

_____
(Address)

vs.

Defendant(s)

_____ PIN _____
(Name)

_____
(Address)

_____
(Name)

_____
(Address)

**APPEARANCE AND ANSWER**

**OF DEFENDANT**

Small Claim No. _____

Date Filed _____

I HEREBY enter my appearance and admit/deny the claim of plaintiff(s).

_____
Defendant

By _____ PIN _____
Attorney for Defendant



# SECRETARY OF STATE

VERONICA LYON

plaintiff(s)

vs.

Capital One

defendant(s)

I, MICHAEL A. MAURO, Secretary of State of the State of Iowa, do hereby certify that the attached Original Notice was received and filed in the office of the Secretary of State at 10:00 am, June 03, 2008.

FILED
CLERK OF DISTRICT COURT
2008 JUN -5 AM 10:06
STORY COUNTY
AMES, IOWA



MICHAEL A. MAURO    SECRETARY OF STATE

Printed on
Recycled Paper

TO:  Capital One Bank                    | CASE NO. SCSC045149
     General Correspondence              |
     PO Box 30285                        | NOTICE
     Salt Lake City, UT  84130-0289      |
                                         |
                                         |

      You will take notice that an original notice of suit or process against you, a copy of which is hereto attached, was duly served upon you at Des Moines, Iowa by filing a copy of said notice or process on the 3rd day of June, 2008 with the secretary of state of the state of Iowa.

Date at Ames, Iowa, this 6th day of June, 2008

                                                       *Diane L. Tott*

                                                       DIANE L. TOTT
                                                       Clerk of District Court
                                                       In and for Story County, Iowa

*[Stamps: STORY COUNTY AMES, IOWA 2008 JUN -5 AM 9:26; FILED CLERK OF DISTRICT COURT]*



FILED
CLERK OF DISTRICT COURT
2008 JUN -9 AM 11:10
STORY COUNTY
AMES, IOWA

07/02/2008 WED 13:52 [TX/RX NO 7206] ☒002

FILED
CLERK OF DISTRICT COURT
2008 JUN 20 AM 10: 41
STORY COUNTY
AMES, IOWA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Jeff Bridgewater    C. Date of Delivery |
| 1. Article Addressed to: 5250145149<br><br>Capital One Bank<br>Gen Correspondence<br>PO Box 30285<br>Salt Lake City | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JUN 11 2008 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 0220 0003 3560 8470 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02 |

2:08