IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| **VERONICA LYON,** | § | CIVIL ACTION NO. 4:08-cv-00266 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | DEFENDANT CAPITAL ONE BANK'S |
| | § | MOTION FOR JUDGMENT ON |
| **CAPITAL ONE BANK/** | § | THE PLEADINGS UNDER |
| **CAPITAL ONE N.A.,** | § | FED. R. CIV. P. 12(c) |
| | § | |
| Defendant. | § | |

Pursuant to Local Rule 7 and to Fed. R. Civ. P. 12(c), Capital One Bank (USA), N.A.[1] (*"Capital One"* or *"Defendant"*) hereby moves for judgment on the pleadings on all counts alleged in Plaintiff Veronica Lyons' *Action for Money Judgment* on the basis that (1) Plaintiff's claims are preempted in their entirety by the United States Bankruptcy Code; (2) Plaintiff's Complaint is an improper procedure for adjudication under 11 U.S.C. § 524 as there is no private right of action for violations of the discharge injunction in 11 U.S.C. § 524, which is the sole basis for Plaintiff's claims; and (3) Plaintiff's allegations as a matter of law do not violate the discharge injunction.

Capital One submits its Brief in Support of its Motion for Judgment on the Pleadings contemporaneously herewith.

WHEREFORE, Defendant respectfully requests, based on the arguments above, that this Court grant Defendant judgment on all counts in Plaintiff's Complaint.

---

[1] While the consumer credit card account at issue (the "Account") originated with Capital One Bank, on March 1, 2008, Capital One Bank converted to Capital One Bank (USA), N.A., a national banking association organized under federal law, and Capital One Bank ceased to exist as a legal entity. The assets of Capital One Bank, including the Account, now are owned by Capital One Bank (USA), N.A.

                Respectfully submitted,

By:   /s/ James R. Wainwright_____
James R. Wainwright (AT0008236)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone:  515/243-7611
Facsimile 515/243-2149
E-mail:  jwainwright@ahlerslaw.com

**ATTORNEY FOR DEFENDANT
CAPITAL ONE BANK (USA), N.A.**

Original filed.
Copy to:

Jonathan A. Coy
Thornton & Coy Law Office, PLC
218 SE 16th Street, Suite 102
Ames, Iowa 50010
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

**The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on July 10, 2008.**

**By**   ☐ **U.S. Mail**   ☐ **Fax**

       ☐ **Hand Delivery**   ☐ **Private Carrier**

       x☐ **Electronically**

**Signature**   */s/ James R. Wainwright*

JWAINWRI/ 585795.1 /MSWord/22286007